# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>HUSSAM HAWI<br>and<br>RACHA FARHAT<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:21-mj-64<br>)<br>)<br>)  **UNDER SEAL**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __1/1/2015-12/31/2019__ in the city/county of __Fairfax County__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of revenue: to wit, income taxes. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

AUSA Anthony Aminoff
*Printed name and title*

*Complainant's signature*

FBI Special Agent Christopher S. Laydon
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone _____ *(specify reliable electronic means).*

Date: 2/24/2021

City and state: Alexandria, Virginia

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

Hon. Michael S. Nachmanoff, Magistrate Judge
*Printed name and title*